THE STATE, *ex rel.*, &c., v. THE BOARD OF COMM'RS OF MARION COUNTY, *et al.*

ACTION brought by *The State*, on the relation of the county attorney of Marion county, against the *Board of Commissioners* of that county and the county clerk and the sheriff thereof, to enjoin the board from making any order calling or holding any election for the removal of the county seat of that county to Hillsboro, or for a relocation of the county seat, based upon a certain petition filed in the office of the county clerk of Marion county, March 11, 1881, and to enjoin the county clerk from entering any such order on the journal of the proceedings of said board, and to enjoin the sheriff from giving notice of such election.   March 26, 1881, the judge of the district court of Marion county dissolved a temporary injunction which had been granted on behalf of the plaintiff by the probate judge of said county.   The plain-

tiff brings the case here.  During the pendency of this case in the supreme court, and on the 27th day of April, 1881, a county-seat election was held in said county, when Marion Center received 1,165 votes; Hillsboro, 745 votes; scattering, 4.  Majority for Marion Center, 416.

*C. Reed,* county attorney, *Frank Doster,* and *L. F. Keller,* for plaintiff in error.

*Knowlton & Kollock,* for defendants in error.

*Per Curiam:* In this case the members of this court do not agree upon the questions involved, and as any decision of those questions seems to be no longer of pressing necessity, it is not deemed best to give any expression to the different opinions held by the individual justices.

The order which will be entered is, the affirmance of the ruling of the district judge.